IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH HENSLEY,  )
 )
    Plaintiff,  ) Civil Action No. 17-0086 (Erie)
 ) Judge Mark R. Hornak
    v.  ) Magistrate Judge Susan Paradise Baxter
 )
JOHN COLLINS, et al,  )
 )
    Defendant.  )

## ORDER

AND NOW, this 5th day of September, 2018, after Plaintiff filed a Motion for Leave to Proceed *in forma pauperis* in the above-captioned case, ECF No. 1, after a Report and Recommendation was filed by the United States Magistrate Judge, ECF No. 61, and after Plaintiff filed Objections thereto, ECF No. 62, and upon independent review of the Objections, the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED as follows: that the Motions to Dismiss filed on behalf of Defendants Wenzel, ECF No. 16, and Collins, ECF No. 24, are DENIED without prejudice, the Defendant Wenzel's Motion for a More Definite Statement is DENIED, and that both such Defendants' Motions to Strike Plaintiff's request for unliquidated damages in the amount of $3.5 million and his demand for immediate release from prison are GRANTED and the requests for

such relief are hereby stricken, and that the Plaintiff's Motion for Summary Judgment, ECF No. 51 is DENIED.

*[signature]*
Mark R. Hornak
United States District Judge

cc: The Honorable Susan Paradise Baxter
United States Magistrate Judge

Joseph Hensley
MS-7788
SCI-FAYETTE
Box 9999
Labelle, PA 15450-09999

All counsel of record via CM-ECF